**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| M.A.E.C., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1153-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

On September 2, 2026, the Court received Petitioner's application for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1). On the same day, the Court ordered Respondents to provide Petitioner with a bond hearing to determine whether Petitioner may be released under 8 U.S.C. § 1226(a)(2) and the applicable regulations (ECF No. 3). That order, in addition the Court's order referring Petitioner's case to the Magistrate Judge, were both mailed to Petitioner's recorded address at Stewart Detention Center. Both Orders were returned as undeliverable, however, reflecting a notation that Petitioner is no longer at that facility (ECF Nos. 4, 5).

United States Immigration and Customs Enforcement's Online Detainee Locator System shows that Petitioner is now detained at Eloy Federal Contract Facility in Eloy, Arizona. Thus, the Clerk is **DIRECTED** to mail copies of the referral order (ECF No. 2) and the order for bond hearing (ECF No. 3), along with this order, to Petitioner at Eloy Federal Contract Facility, 1705 East Hanna Road,

Eloy, Arizona 85131. Petitioner is responsible for keeping the Court informed of any further changes in her address. Failure to do so may result in dismissal of this action.

**SO ORDERED**, this 21st day of September, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE