IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| MERLYN AZUSENA ELIAS-CASTILLO, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-1153-CDL-AGH |
| | * | |
| Warden, STEWART DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**JUDGMENT**

Pursuant to this Court's Order dated November 2, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 2nd day of November, 2026.

David W. Bunt, Clerk

s/ Ashley N. Yates, Deputy Clerk